**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------------------------------------- x
                                                                    :
MURAD BILAL,                                                        :
                                                                    :   Case No. 3:19-cv-01843-AVC
                         Plaintiff,                                 :
                                                                    :
                                                                    :
          -against-                                                 :
                                                                    :
                                                                    :
LIFE INSURANCE COMPANY OF NORTH                                     :
AMERICA and FAIRFIELD UNIVERSITY LONG                               :
TERM DISABILITY PLAN,                                               :   December 12, 2019
                                                                    :
                         Defendants.                                :
                                                                    :
------------------------------------------------------------------- x
```

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff, Murad Bilal ("Plaintiff"), and Defendant, Life Insurance Company of North America ("LINA"), stipulate to dismiss, without prejudice, Defendant, FAIRFIELD UNIVERSITY LONG TERM DISABILITY PLAN ("Plan"), from this action, leaving LINA the sole defendant.

Plaintiff and LINA further stipulate and agree that LINA will not assert that the Plan is a necessary party to this action.

| | |
|---|---|
| ZELDES, NEEDLE & COOPER, PC | ROBINSON & COLE LLP |
| By: /s/ David S. Rintoul | By: /s/ Patrick W. Begos |
| David S. Rintoul | Patrick W. Begos |
| 1000 Lafayette Blvd., Suite 700 | 1055 Washington Blvd., 10th Floor |
| Bridgeport, CT 06604 | Stamford, CT 06901 |
| Phone: (203) 332-5782 | Phone: (203) 462-7550 |
| Email: drontoul@znclaw.com | Email: pbegos@rc.com |
| *Attorneys for Murad Bilal* | *Attorneys for Life Insurance Company of North America* |

20133474-v1

## **CERTIFICATION**

I hereby certify that on December 12, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

      /s/  *Gregory J. Bennici*
      Gregory J. Bennici