UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x
MURAD BILAL,
      Plaintiff,

-against-

LIFE INSURANCE COMPANY OF NORTH AMERICA,
      Defendant.
------------------------------------------------------------------ x

Case No. 3:19-cv-01843-AVC

March 17, 2020

### Stipulation of Dismissal with Prejudice

**IT IS HEREBY STIPULATED** between undersigned counsel for all parties in this action, that this action be, and the same hereby is, dismissed with prejudice, and without costs or attorneys' fees to either party.

| ROBINSON & COLE, LLP | ZELDES, NEEDLE & COOPER, PC |
|---|---|
| By: _____ <br> Patrick W. Begos <br> 1055 Washington Boulevard <br> Stamford, CT 06901-2249 <br> Tel: 203.462.7500 <br> Fax No. 203.462.7599 <br> Email: pbegos@rc.com <br> *Attorneys for Defendants* | _____ <br> David S. Rintoul, Esq. <br> 1000 Lafayette Boulevard <br> Suite 700 <br> Bridgeport, CT <br> Tel. No. 203.332.5782 <br> Fax No. 203.333.1489 <br> Email: drintoul@znclaw.com <br> *Attorneys for Plaintiff* |

20506421-v1